**Original filed 8/3/06**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD D. PICKENS,                    )          No. C 05-2130 JF (PR)
                                    )
                Petitioner,         )          ORDER GRANTING
                                    )          PETITIONER'S MOTION FOR
    vs.                             )          ENLARGEMENT OF TIME TO
                                    )          FILE TRAVERSE
                                    )
JOE MC GRATH, Warden,               )
                                    )
                Respondent.         )
_____    )          (Docket No. 35)

        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis.

Petitioner then filed an amended petition, containing different claims, on June 27, 2005.

On October 11, 2005, the Court denied Petitioner's motion to proceed in forma pauperis

and directed Petitioner to pay the filing fee within thirty days.  The Court dismissed the

amended petition with leave to amend so that Petitioner could include all of the claims he

wishes to present in a second amended petition within thirty days.  On November 3, 2005,

Petitioner filed a second amended petition.  On November 7, 2005, Petitioner filed a letter

with the Court and a second amended petition.  On December 13, 2005, the Court granted

Petitioner an extension of time to pay the filing fee.

1   Petitioner paid the filing fee on January 10, 2006.

2       On January 31, 2006, the Court ordered Respondent to show cause why the second

3   amended petition should not be granted.  On May 30, 2006, Respondent filed an answer

4   addressing the merits of the petition.  On June 30, 2006, Petitioner filed a request for an

5   enlargement of time to file his traverse.  On July 3, 2006, Petitioner filed his traverse.

6   The Court concludes that Petitioner has shown good cause for such extension of time.

7   Petitioner's motion for enlargement of time to file his traverse (docket no. 35) is

8   GRANTED.  The traverse filed on July 3, 2006 is deemed timely.

9       IT IS SO ORDERED.

10  DATED: _____    /S/    _____

11                          JEREMY FOGEL
                            United States District Judge

1   A copy of this order was mailed to the following:

2

3   Todd D. Pickens
    P-16993/ RA-322L
4   CTF -North
    P.O. Box 705
5   Soledad, CA  93960-0705

6

7   Nanette Winaker
    California State Attorney General's Office
8   455 Golden Gate Avenue
    Suite 11000
9   San Francisco, CA  94102-7004

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28