**Original filed 3/1/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS,  )<br>          Petitioner,  )<br>   vs.  )<br>          )<br>          )<br>BEN CURRY, Warden,  )<br>          )<br>          Respondent.  )<br>_____)  | No. C 05-2130 JF (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL TRAVERSE<br><br><br><br><br>(Docket No. 39) |

   Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. Petitioner then filed an amended petition, containing different claims, on June 27, 2005. On October 11, 2005, the Court denied Petitioner's motion to proceed in forma pauperis and directed Petitioner to pay the filing fee within thirty days.  The Court dismissed the amended petition with leave to amend so that Petitioner could include all of the claims he wishes to present in a second amended petition within thirty days. On November 3, 2005, Petitioner filed a second amended petition. On November 7, 2005, Petitioner filed a letter with the Court and a second amended petition. On December 13, 2005, the Court granted Petitioner an extension of time to pay the filing fee.

1   Petitioner paid the filing fee on January 10, 2006.

2       On January 31, 2006, the Court ordered Respondent to show cause why the second
3   amended petition should not be granted. On May 30, 2006, Respondent filed an answer
4   addressing the merits of the petition. On June 30, 2006, Petitioner filed a request for an
5   enlargement of time to file his traverse. On July 3, 2006, Petitioner filed his traverse.

6       On September 14, 2006, Petitioner filed a motion for leave to file a supplemental
7   traverse to include suppporting documentation and cases in support of his claims. The
8   Court concludes that Petitioner has shown good cause to file his supplemental traverse.
9   Petitioner's motion for leave to file a supplemental traverse (docket no. 39) is
10  GRANTED. The Court will review the merits of the petition in a separate written order.

11      IT IS SO ORDERED.

12  DATED: 3/1/07

                        JEREMY FOGEL
13                          United States District Judge

1   A copy of this order was mailed to the following:

2

3   Todd D. Pickens
    P-16993/ RA-322L
4   CTF -North
    P.O. Box 705
5   Soledad, CA  93960-0705

6

7   Nanette Winaker
    California State Attorney General's Office
8   455 Golden Gate Avenue
    Suite 11000
9   San Francisco, CA  94102-7004

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28