NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. C 05-02130 JF (PR)<br><br>ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY<br><br>(Docket No. 49) |

On April 25, 2008, the Court denied this pro se petition for a writ of habeas corpus on the merits and entered judgment in favor of Respondent. On May 30, 2008, for good cause appearing, this Court granted Petitioner a thirty days extension of time to file his motion for a certificate for appealability. (Docket No. 48).  Petitioner requests a second extension of time until July 27, 2008, to file a motion for a certificate of appealability, stating that a recent riot and lockdown has limited his access to the law library.  (Pickens Decl. in Supp. of Mot. at 1-2) (Docket No. 49).

Good cause appearing, Petitioner's motion for a second extension of time to file an application for a certificate of appealability (Docket No. 49) is GRANTED.  Petitioner shall file an application for a certificate of appealability **no later than July 27, 2008.**  No further extensions shall be granted.

IT IS SO ORDERED.

DATED: 6/30/08

　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

Order
P:\PRO-SE\SJ.JF\HC.05\Pickens130.eot-coa-2.wpd